_____

No. 96-1404
_____

Emmanuel G. Leeper,                    *
                                       *
          Appellant,                   *
                                       *  Appeal from the United States
     v.                                *  District Court for the
                                       *  Eastern District of Missouri
United States of America,              *
                                       *    {UNPUBLISHED}
                                       *
          Appellee.                    *

_____

          Submitted:  September 4, 1996

             Filed:  September 26, 1996
_____

Before McMILLIAN, WOLLMAN and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Emmanuel G. Leeper appeals from the final judgment of the District
Court[1] for the Eastern District of Missouri denying his 28 U.S.C. § 2255
motion to vacate his sentence.  Having carefully reviewed the record,
including the parties' briefs, we affirm on the basis of the district
court's decision.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George G. Gunn, Jr., United States District
Judge for the Eastern District of Missouri.